IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3104 |
| vs. | ORDER |
| LUCIO CRUZ-GUERRERO, | |
| Defendant. | |

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (filing 60) is granted.

2. The forfeiture allegation of the Information (filing 30) is dismissed.

3. The Preliminary Order of Forfeiture (filing 53) is vacated.

Dated this 16th day of June, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge