IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3104 |
| vs. | ORDER |
| LUCIO CRUZ-GUERRERO, | |
| Defendant. | |

The defendant has filed what the Court understands to be a motion to appoint counsel (filing 63) for purposes of seeking relief under U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825 with an effective date of February 1, 2024. Pursuant to Gen. Order 2023-09, the Office of the Federal Public Defender for the District of Nebraska is being appointed to determine who is entitled to relief under those provisions, and to file any appropriate motion for relief. Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 63) is granted.

2. The Clerk of the Court shall provide the defendant with a copy of this order and Gen. Order 2023-09.

Dated this 31st day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge